**DISMISS; Opinion Filed May 4, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01380-CR

**THE STATE OF TEXAS, Appellant**
**V.**
**KIMBERLY PINKERTON, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC-12-R0027-D**

## MEMORANDUM OPINION
Before Justices Fillmore, Myers, and Evans
Opinion by Justice Myers

Appellant the State of Texas has filed a motion to dismiss this appeal. The Court grants

the motion and **ORDERS** that the appeal be **DISMISSED** and that this decision be certified

below for observance. *See* TEX. R. APP. P. 42.2(a).

/ Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
141380F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-14-01380-CR     V.

KIMBERLY PINKERTON, Appellee

On Appeal from the County Criminal Court
of Appeals No. 1, Dallas County, Texas
Trial Court Cause No. MC-12-R0027-D.
Opinion delivered by Justice Myers. Justices
Fillmore and Evans participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 4th day of May, 2015.